# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12012

_____

MARAIST LAW FIRM,

                                                            Plaintiff,

PATRICK MARAIST,

                                             Plaintiff-Appellant,

*versus*

HON. HOWARD COATES, et al.,

                                             Defendants,

ALAN BENJAMIN ROSE,
ROBERT ABRUZZO,
TIMOTHY WARREN SCHULZ,
PALM BEACH FLORIDA HOTEL AND OFFICE BUILDING LIMITED PARTNERSHIP,

2                  Order of the Court                  23-12012

ASHFORD TRS LESSEE II, LLC,

                                                               Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:21-cv-81467-AMC

_____

ORDER:

      The motion for an extension of time to file Appellant's appendix is DENIED, with the appendix due 7 days from the filing of this order.

                                       _s/ Elizabeth L. Branch_____
                                       UNITED STATES CIRCUIT JUDGE